**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       Hector Cortez v. Veronica Garza

Appellate case number:    01-21-00062-CV

Trial court case number:   12-DCV-199184

Trial court:              505th District Court of Fort Bend County

On February 1, 2021, appellant, Hector Cortez, timely filed a pro se notice of appeal from the trial court's November 19, 2020 Final Order on Child Support Modification. The appellate record was due to be filed by March 19, 2021. *See* TEX. R. APP. P. 35.1. The clerk's record was filed on March 10, 2021. On March 18, 2021, Melinda Bowers, the official court reporter for the 505th District Court, filed a request for an extension of time to file the reporter's record, representing that appellant did not make payment for preparation of the reporter's record until March 11, 2021. On March 18, 2021, we issued an order extending the deadline to file the reporter's record until April 19, 2021.

Because the appellate record was not yet complete, the deadline for appellant to file his brief had not yet been determined. *See* TEX. R. APP. P. 38.6(a). However, on March 30, 2021, appellant filed his appellant's brief with this Court. On April 20, 2021, the reporter's record was filed, completing the appellate record.

Accordingly, the Clerk of this Court is directed to accept appellant's brief as filed as of the date of this order. **Appellee's brief is due to be filed no later than thirty days from the date of this order**. *See* TEX. R. APP. P. 38.6(a).

It is so ORDERED.


Judge's signature: ___/s/ April Farris_____
             ☑ Acting individually    ☐ Acting for the Court

Date: __May 6, 2021_____